**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Timothy Bruce RUDDLE, Defendant— Appellant.**

**No. 09–30189.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 29, 2010.

Marcia Kay Hurd, Esquire, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff-Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Evangelo Arvanetes, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Timothy Bruce Ruddle appeals from his 210–month sentence imposed following a guilty-plea conviction for receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ruddle contends that the district court procedurally erred by failing adequately to explain the sentence imposed and that the sentence, at the high-end of the Sentencing Guidelines, is substantively unreasonable. The record reflects that the district court adequately explained the sentence. *See United States v. Perez–Perez,* 512 F.3d 514, 516–17 (9th Cir.2008). Further, in light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), the sentence is not unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).